PER CURIAM.
Appellant’s appeal of his judgment and sentence is without merit. As to appellant’s constitutional challenge to his sentencing under the Prison Releasee Reof-fender Act, we have previously upheld the act’s constitutionality. See Turner v. State, 745 So.2d 351 (Fla. 1st DCA 1999), rev. granted, Case No. SC96631, — So.2d -(Fla. Feb.3, 2000); Jackson v. State, 744 So.2d 466 (Fla. 1st DCA 1999), rev. granted, 749 So.2d 503 (Fla.1999); Durden v. State, 743 So.2d 77 (Fla. 1st DCA 1999), rev. granted, 751 So.2d 1251 (Fla. Jan.6, 2000); Woods v. State, 740 So.2d 20 (Fla. 1st DCA 1999), rev. granted, 740 So.2d 529 (Fla.1999).
AFFIRMED.
WOLF, KAHN, and LAWRENCE, JJ., CONCUR.